**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 24-CR-10009 |
| ) | |
| MELVIN TURNER, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

THIS MATTER coming before the Court on the Government's Motion for Entry of a Final Order of Forfeiture, the Court finds as follows:

1. On June 3, 2024, this Court entered a Preliminary Order of Forfeiture (d/e 18) pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), incorporating by reference the provisions of Rule 32.2 of the Federal Rules of Criminal Procedure, based upon Defendant Melvin Turner's guilty plea;

2. Commencing on August 22, 2025, and continuing for thirty days thereafter, the United States posted on an official government internet site (www.forfeiture.gov) notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property; and

3.  This Court has been advised that no petitions or claims have been filed.

ACCORDINGLY, the Government's Motion for a Final Order of Forfeiture is GRANTED, and IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

A.  All right, title, and interest in and to any firearms, magazines, and ammunition involved in the commission of the offenses alleged in the Superseding Indictment, including, but not limited to, the following property:

- A Glock model 26 9mm handgun, serial number HVY010,

is hereby forfeited to the United States.

B.  The United States, or its agents or representatives, is hereby authorized to dispose of said property in accordance with law.

DATE: February 19, 2026

s/ Jonathan E. Hawley

UNITED STATES DISTRICT JUDGE

2